NO. 07-15-00090-CV



FILED
JUL 02 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

## IN THE SEVENTH COURT OF APPEALS.

EVANGELOS PAGONIS   PRO SE

      Appellant-Petitioner

V

CATHERINE THOMAS

      Appelle-Respondent

---

### APPELANT'S-PETITIONER RESPONSE TO
### APPELLE'S BRIEF

---

To THE Honorable Judge of SAID Court:

    COMES NOW PETITIONER EVANGELOS PAGONIS PRO SE AND PRESENTS His RESPONSE TO RESPONDENT ATTORNEYS BRIEF.

    THE ATTORNEY FOR THE RESPONDENT BRINGS THREE POINTS OF ARGUMENT, WHICH HE HAS MISLEAD THE COURT.

I. COUNSEL STATES THAT APPELLANT FAILED TO PERFECT HIS APPEAL FROM THE JUSTICE COURT by SEEKING AND OBTAINING PERMISSION TO PROCEED IN FORMA PAUPERIS, AND FAILED TO SUBMIT INABILITY TO PAY AND SECURE BOND. PURSUANT TO TEX RULES OF CIVIL PROCEDURE 506, 506(d), 506(d)(1), 506(g) AND 506(h). THE COURT RECORDS WILL SHOW IN FORMA PAUPERIS WAS GRANTED AND FILED July 29, 2013 IN THE JUSTICE COURT (Pg 3 C-R CAUSE OF ACTIVITY LIST). THE ATTORNEY ALSO STATES THAT THE INABILITY TO PAY APPLICATION WAS NOT SUBMITTED. Page 49 IN C-R SHOWS THE DECLARATION OF INABILITY TO PAY. EXECUTED ON July 22, 2013 ENTERED IN THE JUSTICE COURT. THUS COUNSEL ARGUMENT IS WITHOUT MERIT. PETITIONER HAS FILED ALL REQUESTED DOCUMENT FROM JUSTICE COURT AND THIS COURT. THE DISTRICT COURT HAS NOT REQUESTED ANY FILINGS.

COUNSEL ALSO STATE THAT GENERAL SCOPE OF THE EMPLOYEE'S EMPLOYMENT, CIV. PRAC & REM § 101.106(F); IS COUNSEL IMPLYING THAT IT IS WITHIN THE GENERAL SCOPE OF DEFENDANTS EMPLOYMENT TO DESTROY OR STEAL LEGAL MATERIAL FROM OFFENDERS PROPERTY. THE BOOK CALENDAR WAS NOT CONFISCATED OR THERE WOULD HAVE BEEN DOCUMENTATION OF SUCH. (PROP-08). FURTHER COUNSEL STATES THAT THE SUIT IN WHICH THE MEDICAL TREATMENT INFORMATION (#2:11-CV-177) WAS APPEALED IN THE 5TH CIRCUIT COURT (# 12-10980 WITH BRIEF FILED Nov. 9. 2012) AND SUPREME COURT # 13-5305.

II. THE LOSS OF A BOOK CALENDAR NOT WALL CALENDAR. COUNSEL EVEN STATES "LOST". THE CALENDAR CONTAINED MEDICAL INFORMATION OF TREATMENTS RENDERED AT DALHART MEDICAL.

These records where to show the negligence of medical staff in petitioners suit. Thus even expired it is not excluded as evidence to show cause.

Counsel presents case law that is relavent to a claim of "Negligence", 8 Amendment violations, Sexual Harasment, Retaliation and wrongful termination and denial of free speech only one case deals with theft and on that for inability to pay declaration. Is counsel stating his client is negligent of her actions.

The last issue sovereign immunity. The law state once a constitutional law is violated one can not claim sovereign immunitys. The defendant did violate petitioners First Amendment right to petition the government by preventing any submition of evidence in his suit or other future filings. Defendant also violated petitioners fourth amendment right to be secure in his personal papers. Even if defendant was acting in her general scope of employment Texas Department of Criminal Justice Access to Courts prohibit any officer from scattering or unduly destroying offenders legal material (ATC 040 V). The action has resulted in the deprivation of rights and privilege to petition a suit or grievance. Would a court hold any other person liable for the theft why not the defendant.

Counsel write concerning Texas Tort Claim Act and not having the opportunity to engage in discovery or to settle. The government was given the opportunity to do such though the grievance system and failed to present any evidence, or conduct a discovery. Thus counsels claim is without merit.

3.

## CONCLUSION

The trial court did in fact abuse its discretion in dismissing Appellant's suit, The court failed to notify appellant of any further needed documentation, the appeal was submitted by the justice court and perfected Judge Womble submitted appeal on Oct 23, 2013, petitioner filed notice of appeal with seventh court of appeals with in turn filed his appeal with district court this is on the record. District court failed to file notice of appeal from justice court thus mandamus was filed on clerk to comply in filing appeal. (#48724) order will show "appeal has not been perfected from the justice court" when in fact it was.

Counsel is putting up a smoke screen to confuse the court and never claims defendant is not guilty.

Judgment should be grant to petitioner due to the district court mishandling of this cause.

Respectfully submitted.
Evangelos Pasouias Pro Se.

Petitioner is not an attorney nor does he have VASC (sic) access to other legal prisons for assistance.

Executed on this 30th day of June 2015.

4

# CERTIFICATE OF SERVICE.

I, Evangelos Pagonis Petitioner/Appellant Pro Se, Certify That a True Copy of the foregoing has Been Served by placing it in The United States Postal Service, postage Prepaid, on the 30th day of June 2015, addressed To.

Johnathan Stone
Assistant Attorney General.
P.o Box 12548, Capitol Station
Austin Texas 78711-2548.

Evangelos Pagonis

1098 S. Hwy 2037
Fort Stockton Tx 79735
Lynaugh Unit.

5.



Cause No: 4872H

EVANGELOS PAGONIS § IN THE 69TH DISTRICT COURT
TDCJ#1626253
§
VS.
§ OF
HARTLEY COUNTY AND DISTRICT
CLERK, DIANE THOMPSON IN HER
§
OFFICIAL CAPACITY § HARTLEY COUNTY, TEXAS

## ORDER

The Court having reviewed the "Plaintiff's Original Application for Writ of Mandamas", finds as follows.

1. The Hartley County and District Clerk is not the clerk of the Justice Court of Hartley County.
2. Plaintiff incorrectly relies on Rule 24 of the Texas Rules of Civil Procedure which applies only to County and District Courts and not to Justice Courts.
3. Plaintiff correctly cites Rule 506.2 of the Texas Rules of Civil Procedure regarding the duties of the county clerk when an appeal has been perfected from the Justice Court.
4. In this cause, the records of the County Clerk reflect that an appeal has not been perfected from the Justice Court.

Therefore, this Court hereby denies Plaintiff's Application for Writ of Mandamas.

Signed this the 18th day of September, 2014

_____
RON ENNS, JUDGE PRESIDING

**Cause: 0536A**
**Filed: 08-07-2013**
**Final: 09-26-2013**

PAGONIS, EVANGELOS
SMALL CLAIMS
DISMISSED

FILED

2014 FEB -7 PM 12: 07

| Trans Date | Code | Description | Amount |
|---|---|---|---|
| 07-26-2013 | NOTE | FILED SUIT FOR TEXAS THEFT LIABILITY | |
| 07-29-2013 | NOTE | FILED APPLICATION TO PROCEED IN FORMA PAUPERIS | |
| 08-07-2013 | CHRG | CIVIL | 31.00 |
| | | FEES    FILING FEE | 25.00 |
| | | COST    JUSTICE COURT FILING FEE | 6.00 |
| 08-07-2013 | NOTE | RECV'D LETTER OF INQUIRY REGARDING CASE | |
| 08-14-2013 | NOTE | ISSUED CITATION AND FORWARDED TO SHERIFF FOR SERVICE | |
| 08-15-2013 | NOTE | CITATION SERVED | |
| 08-30-2013 | NOTE | FILED REQUEST FROM DEFENDANT FOR OUTCOME OF HEARING. | |
| 09-05-2013 | NOTE | FAXED COPIES OF COMPLAINT TO ATTORNEY GENERAL'S OFFICE- C/O JONATHAN STONE | |
| 09-05-2013 | NOTE | RECV'D AND FILED OFFENDER GRIEVANCE FORM AND PLAINTIFF'S "ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND A TEMPORARY RESTRAINING ORDER" ALSO, SECOND REQUEST FOR INFORMATION OF THE ACTION TAKEN BY THE COURT. | |
| 09-09-2013 | STAT | Notice of Status Code Change | |
| | | Old Value: Preliminary | |
| | | New Value: Served | |
| 09-09-2013 | NOTE | "ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND A TEMPORARY RESTRAINING ORDER" DENIED BY JUDGE AND MAILED TO DEFENDANT | |
| 09-18-2013 | NOTE | RECVD COPY OF TDCJ DISCIPLINARY REPORT AND HEARING RECORD FROM PLAINTIFF FOR AN OFFENSE THAT HE CLAIMS IS UNTRUE AND THEY ARE HARASSING HIM. | |
| 09-26-2013 | NOTE | RECVD AND SIGNED CHAPTER FOURTEEN MOTION TO DISMISS ALONG WITH THE PROPOSED FINAL JUDGMENT AS RECVD FROM ATTNY GENERAL | |
| 10-01-2013 | NOTE | RECVD PLAINTIFF RESPONSE TO DEFENDANTS ORIGINAL ANSWER AND PLEA TO JUDGE TO MAKE SURE THAT JUSTICE IS SERVED. | |
| 10-03-2013 | NOTE | RECV'D NOTICE OF APPEAL, WANTS TO APPEAL TO THE SEVENTH COURT OF APPEALS | |
| 10-18-2013 | NOTE | RECVD INQUIRY REQ. FOR INFO ABOUT HIS APPEAL | |
| 10-28-2013 | CHRG | INDIGENCY HEARING | 31.00CR |
| | | FEES    FILING FEE | 25.00CR |
| | | COST    JUSTICE COURT FILING FEE | 6.00CR |
| 10-29-2013 | DISP | Notice of Disposition Change | |
| | | Old Value: | |
| | | New Value: JUDGEMENT - DEFENDANT | |
| 10-29-2013 | STAT | Notice of Status Code Change | |
| | | Old Value: Served | |
| | | New Value: Dismissed | |
| 10-29-2013 | DISP | Notice of Disposition Change | |
| | | Old Value: JUDGEMENT - DEFENDANT | |
| | | New Value: DISMISSED | |
| 10-29-2013 | NOTE | APPEAL TO COUNTY COURT, SPOKE W/ CO. ATTNY, PLAINTIFF MUST APPEAL TO CO COURT AND NOT 7TH COURT OF APPEAL AS REQUESTED | |

EDWYNA WOMBLE
JUSTICE OF THE PEACE.
701 TEXAS Blvd.
DALHART, TEXAS 79022.



FILED
JUL 2 6 2013
HARTLEY COUNTY
JUSTICE OF THE PEACE

2014 FEB -7 PM 12:09
FILED

RE: TEXAS THEFT LIABILITY ACT.

STYLE: EVANGELOS PAGONIS V. CATHERINE THOMAS.

Honorable Clerk

ENCLOSED, PLEASE FIND ORIGINAL, PURSUANT SUPREME COURT RULE 39.(2) PROCEEDINGS IN FORMA PAUPERIS. "..., UNLESS THE PARTY IS AN INMATE CONFINED IN AN INSTITUTION AND IS NOT REPRESENTED BY COUNSEL, IN WHICH CASE THE ORIGINAL, ALONE, SUFFICES". OF PLAINTIFF'S CITATION AND PETITION TO THIS COURT IN THE ABOVE STYLE AND TITLED CAUSE AS REQUIRED BY THIS COURT. PLEASE DATE STAMP, FILE AND BRING TO THE ATTENTION OF THE COURT, THIS TEXAS THEFT LIABILITY ACT PETITION, PURSUANT TO THE TEXAS CODE OF CIVIL PROCEDURE, RULE 45(a), (b), (c), (d). RULE 47 (a), (b), (c) AND RULE 99 (a)(b), (c). PLEASE EXCUSE THE TIME FRAME DUE TO UNIT POLICY TO GET INDIGENT POSTAGE AND INMATE TRUST FUND IS NEAR IMPOSSIBLE AND TIMLY.

RESPECTFULLY SUBMITTED.

Evangelos Pagonis Pro Se.
# 01626253
11950 Fm 998
DALHART TX 79022

DATE: 07-24-13.

DALHART UNIT.

# Declaration of Inability to Pay Cost.

The following Declaration is made pursuant to the Texas Rules of Civil Procedures and Title Six Chapter 132 of the Texas Civil Practices and Remedies Code.

Now Respectfully Comes Evangelos Pasonis, TDCJ-CID # 1626253 and Declares that I am unable to pay the court cost in this civil action and Request leave of the court to proceed In Forma Pauperis in this Accompanying Civil Action and would show the court the following:

1. I am presently incarcerated in the Dalhart Unit of the Texas Department of Criminal Justice, where I am not permitted to earn or handle money.

2. I have no source of income or spousal income.

3. I currently have $ ∅ credited to me in the Inmate Trust Fund.

4. During my incarceration in the Texas Department of Criminal Justice, within the last six months I have received Approximately $ ∅ per month as gifts from relatives and friends.

5. I neither own nor have an interest in any realty, stocks, bonds, or bank accounts and receive no interest or dividends from any source.

6. I have one Dependant.

7. I have total debts of approximately $ ∅

8. I owe $ ∅ as Restitution.

9. my monthly expenses are approximately $ ∅

I, Evangelos Pasonis, TDCJ # 1626253, being presently incarcerated in the Dalhart Unit of TDCJ in Hartley County Texas, verify and Declare under penalty of perjury that the foregoing statement are true and correct.

Executed on this the 22nd Day of July 2013.



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.7thcoa.courts.state.tx.us

FILED
2014 FEB 13 PM 1: 32
PEGGY CULP
CLERK

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

February 12, 2014

Evangiolos Pagonis
TDCJ-ID# 1626253
Dalhart Unit
11950 FM 998
Dalhart, TX 79022

Re:   Evangelos Pagnois v. Catherine Thomas
      Hartley County Justice of the Peace-0536-A

Dear Mr. Pagonis:

The Court received your notice of appeal in the referenced case; however, cases from the Justice of the Peace are appealed to the County Court. Therefore, your documents have been forwarded to the Hartley County Clerk. Future inquiries should be directed to Diane Thompson at the address below.

Very truly yours,
PEGGY CULP, CLERK

By: Donalee Gibson, Deputy Clerk

xc:   Diane Thompson
      District/County Clerk
      P.O. Box Q
      Channing, TX 79018-0189
      (with enclosures)

85



**Edwyna Womble**
JUSTICE OF THE PEACE
HARTLEY COUNTY
701 Texas Blvd.
Dalhart, Texas 79022

Date: October 24TH, 2014

#1626253
Evangelos Pagonis
Dalhart Unit
11950 Fm 998
Dalhart, TX 79022

Dear Mr Pagonis:

The court received this legal letter from you on October 21ST, 2014.

We are enclosing a copy of the Events Calendar and a copy of the Order from the District Court.

All documentation that was at JP Court was forwarded to District Court.

Yours sincerely
Annmargaret Smith
JP Clerk



# Melissa Mead
### District and County Clerk
## Hartley County
## 806.235.3582

fax: (806) 235-2316
melissa.mead@co.hartley.tx.us

P.O. Box 189
Channing, Texas 79018

November 13, 2014

Mr. Pagonis:

I am writing you this letter to let you know that, there has been a misunderstanding regarding your file. We did receive your Appeal from the 7th Court of Appeals. Which should not have been sent to them, but should have been sent to the Hartley County Court instead. When I received it we filed it and failed to respond to you. So we have the file in my office.
The County Attorney is looking at this case. Someone will let you know as soon as we hear.

Sincerely,

Melissa Mead
District/County Clerk
Hartley County

MM

SENT LETTER. Concerning Appeal 4572H

Sent Reply letter to TDCJ Time Taken Sheet. of 60 Days

Sent Reply letter to TDCJ Time Taken Sheet. of 60 Days

Evan Pagonis
1626253
LYNAUGH UNIT
1098 S. HWY. 2037
FT. STOCKTON, TX 79735

Legal mail.

Clerk
Court of Appeals,
Seventh District of Texas.
P.O Box 9540
Amarillo, Tx 79105-9540

79105$9540